IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARCUS FIELDS                                                                                          PLAINTIFF

v.                                    Case No. 2:12-CV-02030

B BARRETT NIXON, Chief Prosecutor,
Sebastian County; and BEN WOLF,
Prosecutor, Sebastian County                                                                    DEFENDANTS

**O R D E R**

      Currently before the Court is the Report and Recommendation (Doc. 10) filed in this case on June 7, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. The objection period has passed without objections being filed by any party.

      The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion for Leave to proceed *in forma pauperis* (Doc. 1) is **DENIED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Furthermore, the Court finds that this case should be counted as a strike under 28 U.S.C. § 1915(g). As such, the Clerk is directed to place a § 1915(g) strike flag on the case.

      IT IS SO ORDERED this 28th day of June, 2012.

                                                              /s/ P. K. Holmes, III
                                                             P.K. HOLMES, III
                                                             CHIEF U.S. DISTRICT JUDGE